**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Wael A. Mohammed,                                              Civil No. 07-3037 RHK/JSM

               Plaintiff,                                              **ORDER**

v.

Denise Frazier, Field Office, District Director,
U.S. Citizenship & Immigration Services, et al.,

               Defendants.

_____

     Defendants' Motion to Dismiss (Doc. No. 8) is **REFERRED** to Magistrate Judge Janie S. Mayeron for a Report and Recommendation.


Dated: October 4, 2007

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge