## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

WAEL A. MOHAMMED,                                   Civil No. 07-3037 (RHK/JSM)

        Plaintiff,

      v.                                                       **ORDER GRANTING**
                                                                      **MOTION FOR**
DENISE FRAZIER, Field Office     District            **EXTENSION OF TIME**
Director, U.S. Citizenship & Immigration
Services; et al.,

        Defendants.

_____

This matter came before the Court on the Motion For Extension of Time filed by the Defendants, and no hearing thereon being necessary, it is hereby **ORDERED** that the time within which the Defendants have to file their Objections to the Report & Recommendation is extended to and including January 14, 2008.

Dated: January 8, 2008

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge