UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

WAEL A. MOHAMMED,                      Civil No. 07-3037 (RHK/JSM)

      Plaintiff,

    v.                                      **ORDER OF DISMISSAL**

DENISE FRAZIER, Field Office
District Director, U.S.
Citizenship & Immigration
Services, et al.

      Defendants.
_____

Pursuant to the Stipulation to Dismiss, which stipulation is incorporated herein by reference,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action shall be dismissed as follows:

1. This action against the Defendant Mueller is **DISMISSED WITH PREJUDICE**;

2. This action against Defendants Frazier, Heinauer, Novak, Upchurch, Gonzalez, Mukasey, and Chertoff is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction; and

3. Each party shall bear its own attorney's fees, disbursements, and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 31, 2008

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge